# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 1:13-cv-07687 |
| ) | |
| v. ) | |
| ) | Judge Guzman |
| JOHN DOE subscriber assigned IP address ) | |
| 67.175.126.11, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STATUS REPORT

On November 19, 2013, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Comcast Cable Communications Management, LLC, to obtain the Defendant's true identity [CM/ECF 8]. Plaintiff effectuated service of the subpoena on November 20, 2013, and expects to receive the ISP's response by January 7, 2014.

1. Dated: January 2, 2014

Respectfully submitted,

SCHULZ LAW, P.C.

By:  /s/ *Mary K. Schulz*
Mary K. Schulz, Esq.
1144 E. State Street, Suite A260
Geneva, Il 60134
Tel: (224) 535-9510
Fax: (224) 535-9501
Email: schulzlaw@me.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Mary K. Schulz*